UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| In Re: Charles Lobello,<br>Attorney at Law, Bar No. 5052 | AD-2014-00010 |

### ORDER OF DISBARMENT

Attorney Charles Lobello entered a guilty plea to the charge of Tax Evasion in case number 2:10-CR-0324-JCM-NJK on which judgment was entered on January 18, 2013.

Effective immediately, IT IS ORDERED that Charles Lobello, Nevada State Bar No. 5052 be disbarred from the practice of law in the United States District Court for the District of Nevada.

Charles Lobello shall have twenty-one (21) days to effect service of this notice on all clients in all active cases (if any) before this Court and shall file proof of service of such in those cases, which shall include the last known address of client. Further, the judge presiding over each individual case retains the discretion to take any action they deem appropriate.

**DATED** this 3rd day of October, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this 6th day of October, 2014, I cause to be served a true and correct copy of the foregoing ORDER to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

        Charles Lobello
        c/o John Lusk, Esq.
        517 S. Third Street
        Las Vegas, NV 89101

Certified Mail No.: 7009 0820 0001 6417 7460

        /s/ Alona Candito
        Alona Candito, Deputy Clerk
        United States District Court,
        District of Nevada

## AMENDED CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this 9 day of October, 2014, I cause to be served a true and correct copy of the foregoing ORDER to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> Charles Lobello
> c/o RRM Phoenix
> 230 N. First Avenue,
> Suite 405
> Phoenix, AZ  85003

Certified Mail No.: 7009 0820 0001 6417 7484

> /s/ Alona Candito
> Alona Candito, Deputy Clerk
> United States District Court,
> District of Nevada



