# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

In Re: Charles LoBello )
Attorney at Law, Bar No. 5052 )
)                    Case No.: 2:19-cv-0202-GMN
)
)                    **ORDER**
)
)
)

Pending before the Court is Charles LoBello's ("LoBello") Petition for Reinstatement, (ECF No. 3), to practice in the United States District Court for the District of Nevada.  On February 6, 2019, the Court ordered LoBello to supplement his Petition.  On February 12, 2019, LoBello filed a Supplement, (ECF No. 6), in accordance with the Court's Order.

Local Rule IA 11-7(i) states that an attorney who is the subject of an order of suspension "may petition for reinstatement to practice before this court or for modification of the order as may be supported by good cause and the interests of justice." L.R. IA 11-7(i).  The Rule further provides: " . . . if the attorney was readmitted by the supervising court or the discipline imposed by the supervising court was modified or satisfied, the petition must explain the situation with specificity, including a description of any restrictions or conditions imposed on readmission by the supervising court." *Id.*

Here, the Court reciprocally suspended LoBello after the Nevada Supreme Court ordered Lobello's four-year suspension, "beginning retroactively on July 29, 2013. . . ." *In re Discipline of LoBello*, No. 69779 (Nev. April 22, 2016).  Additionally, the Nevada Supreme Court ordered LoBello to "pay the actual costs of the disciplinary proceedings, excluding Bar Counsel and staff salaries, within 30 days of receipt of the State Bar's bill of costs." *Id.*

Upon review of the relevant documents, the Court finds that LoBello's Petition for Reinstatement is "supported by good cause and the interests of justice." L.R. IA 11-7(i).  Taken

1    together, the Petition and Supplement show that LoBello has completed his suspension and

2    paid the costs of his state reinstatement proceeding, as required by the Nevada Supreme Court's

3    order. (Nev. State Bar Invoice, Ex. 4 to Suppl., ECF No. 6); (*see also* Nev. Order of

4    Reinstatement, Ex. 3 to Pet. for Reinstatement, ECF No. 3).

5         Accordingly,

6         **IT IS HEREBY ORDERED** that LoBello's Petition for Reinstatement, (ECF No. 3), is

7    **GRANTED**.

8         **DATED** this __20__ day of August, 2019.

9

10

11   _____
     Gloria M. Navarro, Chief Judge
     United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25